UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00594-FDW-DSC

| SUNBELT RENTALS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JEREMY GHENT, VORTEX COMPANIES, LLC, and VORTEX TURNKEY, LLC, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss (Doc. No. 59). For the reasons stated therein, the motion is GRANTED and this matter is DISMISSED WITH PREJUDICE. Per the parties' request, the Court shall retain jurisdiction over this matter for all purposes, including enforcement of the parties' settlement agreement. The Clerk is respectfully directed to CLOSE the case.

IT IS SO ORDERED.

Signed: April 23, 2018

Frank D. Whitney
Chief United States District Judge

1